PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas



FILED
OCT 24 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Faver Ulises Torres-Espinosa                     Case Number: P-13-CR-646(01)

Name of Sentencing Judicial Officer:  Honorable Robert Junell, Senior U.S. District Judge

Date of Original Sentence: February 24, 2014

Original Offense:  Entry After Deportation, in violation of 8 U.S.C. § 1326(a) & (b)(1)

Original Sentence:   Three years probation

Type of Supervision: Probation                  Date Supervision Commenced:  February 24, 2014

Assistant U.S. Attorney:    Monty Kimball         Defense Attorney:    Christopher J. Carlin (AFPD)

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime during the term of supervision." |
| | "If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office." |
| Nature of Non-Compliance | On August 6, 2016, the defendant was arrested by troopers with the Missouri Highway Patrol in Summit, Missouri. According to the Missouri Highway Patrol Station in Summit, Missouri, the defendant was cited for Driving While Intoxicated and released. The County Attorney's Office in Clay County, Missouri, advised no charges were filed against the defendant. The defendant was illegally present in the United States. According to |

immigration records, the defendant was deported from the United States to Mexico on February 24, 2014.

U.S. Probation Officer Recommendation: Issue Warrant.

The term of supervision should be

☒ revoked.  (Maximum penalty: __2__ years imprisonment; up to _1 year_ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

Approved by:  
*[signature]*  
Karrie S. Bragg  
Supervising U.S. Probation Officer  
Telephone: 432-445-2971 Ext. 8621

Respectfully submitted by:  
*[signature]*  
Lupita Rocha-Moya  
U.S. Probation Officer  
Telephone: (432) 445-2971 Ext. 8625  
Date:   October 4, 2015

LRM  
cc:   ADCUSPO, Del Rio  
      Monty Kimball  
      Assistant U.S. Attorney

---

THE COURT ORDERS:

☐ No action.  
X   The issuance of a warrant.  
☐ The issuance of a summons.  
☐ Other _____

*[signature]*  
Honorable Robert Junell  
Senior U.S. District Judge  

10-17-16  
Date